AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JACKIE D. LOWRY,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**      **CASE NO. C2-07-1004**
**COMMISSIONER OF SOCIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**     **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed February 24, 2009, JUDGMENT is hereby entered DISMISSING this action.**


Date: February 24, 2009      JAMES BONINI, CLERK


    */S/ Andy F. Quisumbing*
    (By) Andy F. Quisumbing
    Courtroom Deputy Clerk